IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                            Criminal Action No.
                                                   23-00244-01-CR-W-BCW

CLIFFORD A. DODDS,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:
COUNT ONE: Possession With Intent to Distribute Phencyclidine (PCP*)* *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
COUNT TWO: Possession With Intent to Distribute Cocaine *in violation of* U.S.C. §§ 841(a)(1) and (b)(1)(C)
COUNT THREE: Possession With Intent to Distribute Marijuana *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(D)
COUNT FOUR: Carrying a Firearm During and In Relation to a Drug Trafficking Crime *in violation of* 18 U.S.C. §§ 924(c)(1)(A)(i) and (C)(i)
COUNT FIVE: Felon in Possession of a Firearm *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
    Government: Jeff McCarther
        Case Agent: Andrew Maxwell, ATF
    Defense: Carie Allen

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**:
    Government: None
    Defense: Motions in limine

**TRIAL WITNESSES**:
    Government: 6 with stipulations; 8 without stipulations
    Defense: 4 witnesses, including Defendant whose status for testifying is undetermined

**TRIAL EXHIBITS**:
    Government: 50 exhibits
    Defense: 10 exhibits

**DEFENSES**:
      ( x )    defense of general denial
      (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
      (   ) Definitely for trial             (   ) Possibly for trial
      ( x ) Motion to continue to be filed   ( x ) Likely a plea will be worked out

**TRIAL TIME**: **2 days**
    Government's case including jury selection: 1.5 days
    Defense case: .5 days

**STIPULATIONS**:
      (   )    not likely
      (   )    not appropriate
      ( x )    potentially as to:
            (   )    chain of custody
            ( x )    chemist's reports (background of lab technicians)
            ( x )    prior felony conviction
            ( x )    interstate nexus of firearm
            (   )    other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**: 3/4/2024
    Government: 3/4/2024
    Defense: 3/4/2024
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: 3/4/2024
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: 3/4/2024

**TRIAL SETTING**: Criminal jury trial docket commencing 3/18/2024
    **Please note**: *Any conflicting settings on trial docket?* Defense Counsel will be in trial on another matter, Case No. 4:23-cr-00188-HFS, and has requested a setting the second week of the trial docket in that case.

**OTHER**:
      (   )    A _____-speaking interpreter is required.
      (   )    Other assistive devices: _____

**IT IS SO ORDERED.**

                                                            */s/ Jill A. Morris*
                                                          JILL A. MORRIS
                                                          United States Magistrate Judge